AO 245E     (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
            Sheet 1

# UNITED STATES DISTRICT COURT

District of     Nebraska

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.**<br><br>KEARNEY HOSPITALITY, INC. | **JUDGMENT IN A CRIMINAL CASE**<br>(For Organizational Defendants)<br><br>CASE NUMBER:        8:16CR3<br><br>Paul J. Forney<br>Defendant Organization's Attorney |

## THE DEFENDANT ORGANIZATION:

☒ pleaded guilty to count(s)   I of the Information

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8:1324(a)(1)(A)(iv) | Harboring an Alien | 10/1/2014 | I |

The defendant organization is sentenced as provided in pages 2 through _____ of this judgment.

☐ The defendant organization has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.: 27-3143009

Defendant Organization's Principal Business Address:

P.O. Box 1120

Kearney, NE 68848

Defendant Organization's Mailing Address:

P.O. Box 1120

Kearney, NE 68848

5/9/2016
Date of Imposition of Judgment

s/Lyle E. Strom
Signature of Judge

Lyle E. Strom, Senior United States District Judge
Name and Title of Judge

5/11/2016
Date

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 2 — Probation

Judgment—Page    2    of    10

DEFENDANT ORGANIZATION:    Kearney Hospitality, Inc.
CASE NUMBER:    8:16CR3

# PROBATION

The defendant organization is hereby sentenced to probation for a term of :
five (5) years

The defendant organization shall not commit another federal, state or local crime.

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page (if indicated below).

# STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 2A — Probation

Judgment—Page    3    of    10

DEFENDANT ORGANIZATION:    Kearney Hospitality, Inc.
CASE NUMBER:    8:16CR3

# ADDITIONAL PROBATION TERMS

1.    The defendant shall maintain its corporate status in Nebraska, and shall maintain all corporate formalities, including a registered agent;
2.    The defendant shall report to the probation officer and shall submit a truthful and complete written report each month;
3.    The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4.    The defendant shall notify the probation officer at least ten days prior to any change in ownership of its shares or other corporate equity;
5.    The defendant shall not do business with any persons engaged in criminal activity and shall not do business with any person convicted of a felony, unless granted permission to do so by the probation officer;
6.    The defendant shall permit a probation officer to visit and inspect its premises and its business records at any time;
7.    The defendant shall notify the probation officer within seventy-two hours of being questioned by a law enforcement officer, including representatives of administrative enforcement agencies charged with enforcing employment practices; and
8.    The defendant shall report to the United States Probation office for the District of Nebraska between the hours of 8:00 am and 4:30pm, 111 South 18th Plaza, Suite C79, Omaha Nebraska, (402) 661-7555, within seventy-two (72) hours of being placed on probation and, thereafter, as directed by the probation officer.

AO 245E      (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
       Sheet 2B — Probation

Judgment—Page    4    of    10

DEFENDANT ORGANIZATION:      Kearney Hospitality, Inc.
CASE NUMBER:      8:16CR3

## SPECIAL CONDITIONS OF SUPERVISION

1.      The defendant shall participate in the E-Verify system, or a similar employment verification system, for all new hires as implemented in accordance with the stated Effective Compliance and Ethics Program noted in the presentence report.

AO 245E   (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
      Sheet 3 — Criminal Monetary Penalties

Judgment — Page   5   of   10  

DEFENDANT ORGANIZATION:      Kearney Hospitality, Inc.
CASE NUMBER:        8:16CR3

# CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 400.00 | $ 150000.00 | $ |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| **TOTALS** | $ | $ | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

     ☐ the interest requirement is waived for    ☐ fine    ☐ restitution.

     ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
             Sheet 3A — Criminal Monetary Penalties

Judgment — Page ___6___ of ___10___

DEFENDANT ORGANIZATION:    Kearney Hospitality, Inc.
CASE NUMBER:    8:16CR3

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

Fine paid (receipt # 8036713) and Special Assessment paid (receipt #8037834)

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
            Sheet 4 — Schedule of Payments

Judgment — Page    7    of    10

DEFENDANT ORGANIZATION:        Kearney Hospitality, Inc.
CASE NUMBER:        8:16CR3

# SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**    ☒    Lump sum payment of $ _____150,000.00_____ due immediately, balance due

☐    not later than _____ , or
☐    in accordance with    ☐    C or    ☐    D below; or

**B**    ☐    Payment to begin immediately (may be combined with    ☐    C or    ☐    D below); or

**C**    ☐    Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of
_____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**    ☐    Special instructions regarding the payment of criminal monetary penalties:

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐    Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐    The defendant organization shall pay the cost of prosecution.

☐    The defendant organization shall pay the following court cost(s):

☐    The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants

Attachment — Statement of Reasons

====

Judgment — Page    8    of    10

DEFENDANT ORGANIZATION:    Kearney Hospitality, Inc.

CASE NUMBER:        8:16CR3

# STATEMENT OF REASONS

☒ The court adopts the presentence report and guideline applications **WITHOUT CHANGE**.

## OR

☐ The court adopts the presentence report guideline applications **BUT WITH THESE CHANGES**:

**Guideline Range Determined by the Court:**

☒ The defendant organization is a criminal purpose organization pursuant to U.S.S.G. §8C1.1.

## OR

☐ The calculation of the guideline fine range is unnecessary because the defendant organization cannot pay restitution pursuant to U.S.S.G. §8C2.2(a).

## OR

Total Offense Level:            9

Base Fine:

Total Culpability Score:        5

Fine Range:  $    25000.00    to  $    50000.00

☐ Disgorgement amount of $ _____ is added to fine pursuant to U.S.S.G. §8C2.9.

☐ Fine offset amount of $ _____ is subtracted from fine pursuant to U.S.S.G. §8C3.4.

☐ Fine waived or below the guideline range because of inability to pay pursuant to U.S.S.G. §8C.3.3.

**RESTITUTION DETERMINATIONS**

Total Amount of Restitution: $ _____

☐ For offenses for which restitution is otherwise mandatory under 18 U.S.C. § 3663A, restitution is not ordered because the number of identifiable victims is so large as to make restitution impracticable under 18 U.S.C. § 3663A(c)(3)(A).

☐ For offenses for which restitution is otherwise mandatory under 18 U.S.C. § 3663A, restitution is not ordered because determining complex issues of fact and relating them to the cause or amount of the victim's losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim would be outweighed by the burden on the sentencing process under 18 U.S.C. § 3663A(c)(3)(B).

☐ For offenses for which restitution is authorized under 18 U.S.C. § 3663 and/or required by the sentencing guidelines, restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide restitution to any victims under 18 U.S.C. § 3663(a)(1)(B)(ii).

☒ Restitution is not ordered for other reasons:

☐ Partial restitution is ordered, pursuant to 18 U.S.C. § 3553(c) for the following reason(s):

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants

Attachment A — Statement of Reasons

Judgment — Page ___9___ of ___10___

DEFENDANT ORGANIZATION:    Kearney Hospitality, Inc.

CASE NUMBER:    8:16CR3

# STATEMENT OF REASONS

☒    The sentence is within the guideline range and the court finds no reason to depart from the sentence called for by the application of the guidelines.

# OR

☐    The sentence departs from the guideline range:

☐    upon motion of the government, as a result of a defendant's substantial assistance, or

☐    for the following specific reason(s):

AO245E     (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Attachment B — Statement of Reasons

Judgment — Page ___10___ of ___10___

DEFENDANT ORGANIZATION:    Kearney Hospitality, Inc.
CASE NUMBER:      8:16CR3

## ADDITIONAL FINDINGS AND GUIDELINE APPLICATION CHANGES

The court adopts the parties' Rule 11(c)(1)(C) plea agreement and finds a 5 year term of probation and the fine of $150,000.00, are sufficient to meets all the goals of the criminal justice system, including general deterrence and specific deterrence.